UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LANCE TACORY MAYFIELD,

    Defendant.
_____/

Hon. Phillip J. Green

Case No. 1:24-mj-00050

## ORDER

Defendant appeared before the Court on February 14, 2024, with appointed counsel for a detention hearing under the Bail Reform Act of 1984, 18 U.S.C. § 3142(f). After being advised of his rights, including those attendant to a detention hearing, defendant waived his right to the hearing, reserving his right to conduct the hearing in the Southern District of Ohio. I find that his waiver was knowingly and voluntarily entered.

Accordingly, **IT IS ORDERED** that defendant is committed to the custody of the Attorney General pending transfer to the Southern District of Ohio.

**DONE AND ORDERED** on February 14, 2024.

   /s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge